# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
15 Park Pl., 2nd FL
Bronxville, NY 10708
Phone: (646) 992-8383
Fax: (718) 504-6962
*\*\*\*mail all correspondence*

> Plaintiff's application is GRANTED. Plaintiff's opening brief is due May 20, 2024 and Defendant's response is due July 19, 2024.
>
> The Clerk of Court is respectfully directed to terminate ECF 9.
>
> DATED: April 5, 2024
>        New York, New York
>
> SO ORDERED
> *Robyn Tarnofsky*
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

April 4, 2024

Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Letter Motion:**
**Extension of Time Request**

**Re: Arianna Yennys De La Rosa v. Comm'r of SSA   1:23-cv-11302-DEH-RFT**

Dear Honorable Judge Tarnofsky:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Opening Brief was due April 3, 2024. Due to a heavy workload of over 12 opening briefs and a scheduling error on this case, Plaintiff has not been able to timely prepare her Opening Brief. The scheduling error caused counsel to miss the timely filing of this motion. We ask the Court to find good cause for this late filing. Additionally, we respectfully request a forty five (45) day extension of time to prepare our Opening Brief. The Defendant has requested sixty (60) days from the filing of Plaintiff's Opening brief for his response brief. With the Court's approval, the revised Scheduling Order would be as follows:

| | |
|---|---|
| Plaintiff's Opening Brief due | May 20, 2024 |
| Defendant Response Brief due | July 19, 2024 |
| Plaintiff's Reply | August 2, 2024 |

No previous request for an extension has been made in this case and the Defendant has given consent. Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.

Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc:     Fergus John Kaiser, Esq.   (Via ECF)
        Attorney for Defendant.