**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ARIANNA YENNYS DE LA ROSA,

                Plaintiff,              23 **CIVIL** 11302 (DEH)(RFT)

      -v-                              **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 2, 2024, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law Judge will be instructed to reevaluate Dr. Alex Perdomo's opinion in accordance with 20 C.F.R. § 404.1520c, reevaluate Plaintiff's residual functional capacity if warranted, obtain supplemental vocational expert evidence, take further action to complete the administrative record, offer Plaintiff an opportunity for a hearing and issue a new decision.

**Dated:**  New York, New York
           August 5, 2024

                                                                 **DANIEL ORTIZ**
                                                             **Acting Clerk of Court**

                           **BY:**  *K. Mango*

                                                              **Deputy Clerk**